# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Ideas to Go, Inc. <br><br> *Plaintiff* <br> v. <br> Spigit, Inc. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 12-1975 MJD/TNL <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spigit, Inc., c/o its registered agent for service of process, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward Sheu
Best & Flanagan LLP
225 S. Sixth St. #4000
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN
CLERK OF COURT

Date: 8/14/12

_____
*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
| Ideas to Go, Inc.<br>    Plaintiff, | Court File Number |
| vs. | 12 1975 |
| Spigit, Inc.<br>    Defendant, | AFFIDAVIT OF SERVICE |

State of Delaware )
                    ) SS
County of New Castle )

___KEVIN S. DUNN_____, being duly sworn, on oath says that on
(Name of Server)

__8__/__16__/2012 at __11__:__15__ a M
(Date of Service)    (Time of Service)

s(he) served the attached: Summons & Complaint

upon: Spigit, Inc., a Delaware corporation

therein named, personally at:   Corp. Service Company
                                       2711 Centerville Road, #400
                                       Wilmington, DE 19808

by handling to and leaving with:

[ ] the Registered Agent of Spigit, Inc., a Delaware corporation
[ ] an Officer of Spigit, Inc., a Delaware corporation
[ ] a Managing Agent, someone within Spigit, Inc., a Delaware corporation whose
[x] management capacity is such that (s)he exercises independent judgment and discretion

___PAUL MATTHEWS_____       ___PROCESS AGENT_____
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

__8__/__16__/2012.
                                               (Signature of Server)

(Signature of Notary)
MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 2/29/2015

Page 1 of 1
Serial # BESFL 105994 5121
Re: 017950-312001

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215