# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Ideas to Go, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Spigit, Inc., a Delaware corporation,<br><br>Defendant. | CIVIL NO. 12-CV-01975 MJD/TNL<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT UNDER FED. R. CIV. P. 55(a)** |

TO THE CLERK OF COURT:

Plaintiff hereby applies to the Court for an Entry of Default, under Fed. R. Civ. P. 55(a). Plaintiff's Complaint was filed on August 14, 2012. (ECF Dkt. No. 1.) Defendant was served with the Summons and Complaint on March 2, 2011. (ECF Dkt. No. 2.) Defendant has failed to appear or respond to Plaintiff's Complaint within the time period permitted by law. Plaintiff therefore applies to the Court for Entry of Default.

Dated: September 13, 2012     BEST & FLANAGAN LLP

**/s/ Edward Sheu**
Edward Sheu (MN ID #312885)
225 S. Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121
(612) 339-5897
esheu@bestlaw.com
ATTORNEYS FOR PLAINTIFF

1534120