# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Ideas to Go, Inc. **CLERK'S ENTRY OF DEFAULT**

                 Plaintiff(s)       Case Number:   12-CV-01975 MJD/TNL

v.

Spigit, Inc.

                 Defendant(s)

It appearing that defendant(s) Spigit, Inc is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

     **DEFAULT IS HEREBY ENTERED** against  Spigit, Inc

this 14th day of September, 2012.

                                   RICHARD D. SLETTEN, CLERK

                                   s/L. Brennan

                    (By)   L. Brennan,        Deputy Clerk